| | |
|---|---|
| 1 | PATRICK T. CONNOR, Bar No. 89136 |
| | pconnor@deconsel.com |
| 2 | MARGARET R. GIFFORD, Bar No. 118222 |
| | mgifford@deconsel.com |
| 3 | DeCARLO, CONNOR & SHANLEY |
| | A Professional Corporation |
| 4 | 533 S. Fremont Avenue, 9th Floor |
| | Los Angeles, California 90071-1706 |
| 5 | Telephone: 213/488-4100 |
| | Telecopier: 213/488-4180 |
| 6 | |
| 7 | ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST |
| | ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES |
| 8 | FOR THE CARPENTERS SOUTHWEST TRUSTS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, | ) ) ) ) ) ) | CASE NO. CV 10-7483 GAF(DTBx) |
| Plaintiffs, | ) ) | JUDGMENT |
| v. | ) ) | |
| DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES; DIVISION THREE CONCRETE, INC., a California corporation; STEVEN LEE FISHER, an individual; RANDALL RAYMOND KENDRICK, an individual; WESTERN SURETY COMPANY, a South Dakota corporation; DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Before the Honorable Gary A. Feess DATE: March 7, 2011 TIME: 9:30 a.m. CTRM: 740 |
| Defendants. | ) ) | |

This case came for hearing on March 7, 2011 before the Honorable Gary A. Feess, United States District Court Judge.

It appearing that defendants, DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES and DIVISION THREE CONCRETE, INC., a California corporation, having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $120,096.98 |
| 2. | Liquidated damages | 35,383.70 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 4,034.55 |
| 4. | Audit Fees | 3,393.74 |

| | | |
|---|---|---:|
| 5. | Interest from due dates to March 7, 2011 (accruing at $23.06 per day) | 5,300.50 |
| 6. | Attorneys' fees pursuant to L.R. 55-3 | 6,858.18 |
| GRAND TOTAL | | $175,067.65 |

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST DIVISION THREE CONCRETE, INC., a California corporation:</u>

1. For a determination that SUCCESSOR is the successor to DIVISION THREE CONSTRUCTION;

| | | |
|---|---|---:|
| 2. | Unpaid contributions | $120,096.98 |
| 3. | Liquidated damages | 35,383.70 |
| 4. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 4,034.55 |
| 5. | Audit Fees | 3,393.74 |
| 6. | Interest from due dates to March 7, 2011 (accruing at $23.06 per day) | 5,300.50 |
| 7. | Attorneys' fees pursuant to L.R. 55-3 | 6,858.18 |
| GRAND TOTAL | | $175,067.65 |

8. Plus costs to be determined after entry of judgment.

9. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FOURTH CLAIM FOR RELIEF AGAINST DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing</u>

business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES and DIVISION THREE CONCRETE, INC., a California corporation:

 For a determination that DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES and DIVISION THREE CONCRETE, INC., a California corporation are a single employer.

 AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIFTH CLAIM FOR RELIEF AGAINST DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES and DIVISION THREE CONCRETE, INC., a California corporation:

 1. For issuance of a permanent injunction restraining and enjoining DEFENDANTS for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

  a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period November 2010 through the present,

////

////

////

    b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANTS, employed during the previous month under the AGREEMENTS,

    c. Checks for the full amount shown as owing to each Trust on DEFENDANTS' Monthly Report, payable as designated on the Monthly Report.

DATED: March 4, 2011    _____
            HONORABLE GARY A. FEESS
            UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By: /s/ Margaret R. Gifford 1/21/11
   MARGARET R. GIFFORD
   Attorney for Plaintiffs

5