CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES; DIVISION THREE CONCRETE, INC., a California corporation; STEVEN LEE FISHER, an individual; RANDALL RAYMOND KENDRICK, an individual; WESTERN SURETY COMPANY, a South Dakota corporation; DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 10-7483 GAF(DTBx) <br><br> RENEWAL OF JUDGMENT BY CLERK |

The judgment debtors, DIVISION THREE CONSTRUCTION SERVICES, INC., a California corporation, doing business as DIVISION THREE CONSTRUCTION, INC., also doing business as DIVISION THREE CONCRETE CONSTRUCTION SERVICES and DIVISION THREE CONCRETE, INC., a California corporation, ("DEFENDANTS") having judgment entered against them on March 4, 2011.

NOW, upon amended application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon amended declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANTS be renewed in the amount of $30,395.86 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:
|   |    |                                                                 |    |            |
|---|----|-----------------------------------------------------------------|----|-----------:|
|   | a. | Principal                                                       | $  | 158,874.42 |
|   | b. | Judgment interest                                               | $  | 9,335.05   |
|   | c. | Costs                                                           | $  | 0.00       |
|   | d. | Attorney Fees pursuant to Local Rule 14.12                      | $  | 6,858.18   |
| Subtotal (Judgment as entered) | | | $ | 175,067.65 |
|   | a. | Total Judgment                                                  | $  | 175,067.65 |
|   | b. | Credit received                                                 | $  | 145,645.99 |
|   | c. | Interest after judgment computed from March 4, 2011 through February 7, 2020 at 0.26% ($0.22 per day) | $ | 974.20 |

////

////

2

|  |  |  |
|---|---|---|
| d. | Subtotal ................................................................................................ | $ 30,395.86 |
| e. | Costs after judgment ........................................................................ | $ 0.00 |
| Total Renewed Judgment ............................................................................. | | $ 30,395.86 |

DATED: February 14, 2020

_Sharon Hall Brown_
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

KIRY K. GRAY,
Clerk, U.S. District Court

BY: _____
CASEY JENSEN
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts

PROOF OF SERVICE<br>
(USDC Case No.  CV 10-7483 GAF(DTBx))<br>
(Carpenters v. Division Three Construction Services, Inc., et al.)

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is:  DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California  90071-1706.

On February 7, 2020, I served a copy of the foregoing document, described as:
**AMENDED [PROPOSED] RENEWAL OF JUDGMENT BY CLERK**

**on defendants, addressed as follows**:

| | |
|---|---|
| Division Three Construction Services, Inc., a California corporation dba Division Three Construction, Inc., also dba Division Three Concrete Construction Services<br>31875 Corydon Street, #140<br>Lake Elsinore, California 92530 | Division Three Concrete, Inc.,<br>A California corporation<br>31875 Corydon Street, #140<br>Lake Elsinore, California 92530 |

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]    (BY DEPOSIT FOR COLLECTION)**        I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing.  Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business.  Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on February 7, 2020, at Los Angeles, California.**

**[X]    (FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Bridgette Roy_
Bridgette Roy